IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES LIABILITY
INSURANCE COMPANY, a corporation,

    Plaintiff,

  v.

FIRST MERCURY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY, and DOES
1–20,

    Defendants.

FIRST MERCURY INSURANCE
COMPANY,

    Counter-Claimant,

  v.

UNITED STATES LIABILITY
INSURANCE COMPANY,

    Counter-Defendant.

No. C 15-02293 WHA

**ORDER GRANTING EXTENSION**

The parties have stipulated to a one-week extension on the deadlines for the opposition and reply briefs. Good cause shown, the opposition brief shall be due **JULY 13**, and the reply brief shall be due **JULY 20**. All other deadlines remain in place.

**IT IS SO ORDERED.**

Dated: July 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE