IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, a corporation<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST MERCURY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, and DOES 1–20,<br><br>    Defendants.<br>_____ /<br>FIRST MERCURY INSURANCE COMPANY, a corporation.<br><br>    Counter-Claimant,<br><br>  v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a corporation,<br><br>    Counter-Defendant.<br>_____ / | No. C 15-02293 WHA<br><br>**CASE MANAGEMENT ORDER REFERRING CASE TO ADR UNIT** |

    This case is hereby referred to the ADR Unit for immediate mediation. The parties shall appear for a case management conference on **NOVEMBER 12, 2015 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 13, 2015.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE