IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST MERCURY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, and DOES 1–20,<br><br>    Defendants.<br>_____/<br>FIRST MERCURY INSURANCE COMPANY,<br><br>    Counter-Claimant,<br><br>  v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>    Counter-Defendant.<br>_____/ | No. C 15-02293 WHA<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE** |

     An order held defendants' motions to dismiss in abeyance pending immediate mediation and scheduled a case management conference for **FEBRUARY 4, 2016.** The case management conference scheduled for **NOVEMBER 12, 2015** is hereby taken off the calendar.

     **IT IS SO ORDERED.**

Dated: November 4, 2015.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE