IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES LIABILITY
INSURANCE COMPANY, a corporation,

    Plaintiff,

  v.

FIRST MERCURY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY, and DOES
1–20,

    Defendants.

FIRST MERCURY INSURANCE
COMPANY,

    Counter-Claimant,

  v.

UNITED STATES LIABILITY
INSURANCE COMPANY,

    Counter-Defendant.
                                      /

No. C 15-02293 WHA

**ORDER DENYING REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

    An order scheduled a case management conference for March 10. That order noted that unless the parties jointly moved to dismiss the case by March 9, the case management conference would go forwards. The parties filed a stipulation asking the Court to vacate the case management conference inasmuch as the parties have "prepared and circulated for comment and approval a written form of confidential settlement agreement to be signed by party representatives no later than March 4, 2016." The parties further state that once the settlement is executed and payment is made accordingly, the parties will move to dismiss the action, which they expect to occur no later than March 31.

This case has languished long enough. If the parties are not prepared to dismiss the case once the agreement is signed on March 4, the case must move forward. Accordingly, the parties' request to vacate the case management conference is **DENIED**.

Any relief related to the settlement conference should be sought from Judge Corley.

**IT IS SO ORDERED.**

Dated: February 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE