**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES LIABILITY
INSURANCE COMPANY, a corporation,

    Plaintiff,

v.

FIRST MERCURY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY, and DOES
1–20,

    Defendants.

FIRST MERCURY INSURANCE
COMPANY,

    Counter-Claimant,

v.

UNITED STATES LIABILITY
INSURANCE COMPANY,

    Counter-Defendant.

    /

No. C 15-02293 WHA

**NOTICE RE CONDITIONAL DISMISSAL OF CASE**

    An order scheduled a case management conference for March 10. That order noted that unless the parties jointly moved to dismiss the case by March 9, the case management conference would go forwards and a schedule would be set. The parties filed a stipulation and request for an order of conditional dismissal, which is conditioned on the receipt of funds as provided in their settlement agreement, with the intent to file a request for unconditional dismissal within thirty days. The Court will not grant a request for conditional dismissal. The

parties should request that the action be dismissed in its entirety, and the Court will retain jurisdiction over the action for no more than ninety days.

Dated: March 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2